CHARLES G. COOK et al., substituted trustees, respondents,

*v.*

CHARLES JACK et al., appellants.

[Argued March 15th, 1911.    Decided June 19th, 1911.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Walker.

*Mr. Malcolm G. Buchanan,* for the appellants.

*Mr. John H. Backes,* for the respondents.

PER CURIAM.

The decree appealed from is affirmed for the reasons stated in the opinion of Vice-Chancellor Walker.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, CONGDON, SULLIVAN—12.

*For reversal*—None.